CERTIFIED TRUE COPY
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington

By _____ Deputy Clerk

RECEIVED
APR 2 0 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LEE ROY STANSBERRY,

    Plaintiff,

v.

ALASKA COURT SYSTEM, et al.,

    Defendants.

3:06-CV-00090 RRB

CASE NO. C05-2061-JLR-MJB

ORDER OF TRANSFER

Plaintiff Lee Roy Stansberry is currently incarcerated in the Anchorage Jail in Anchorage, Alaska. He appears *pro se,* seeking leave to file his civil rights action *in forma pauperis.* Plaintiff names the following as defendants: (1) Alaska Court System; (2) Alaska Permanent Fund Division; (3) Department of DMV; (4) A.P.I. (Alaska Psychiatric Institute); (5) Frank M. Murkowski; (6) Judge Larry D. Card; (7) David W. Marquez, Alaska Attorney General; (8) Dr. David J. Sperbeck; (9) Judge Beverly Cutler; (10) Betty Davis, Alaska State Legislature; (11) American Fast Freight Transports; (12) Mr. Jones, in Washington; (13) Mike Jones, District Manager: (14) Sharon Barton, Alaska Permanent Fund Division; (15) Federal Public Defenders Azdler, Rachel Levitt, Josh Fink, and Mary C. Geddes; and (16) Elizabeth "Doe," Manager - Alaska Permanent Fund Division. Plaintiff alleges that certain actions by the named defendants violated

ORDER OF TRANSFER - 1

**SCANNED**

1  his constitutional rights under the Fourth, Eighth and Fourteenth Amendments of the
2  United States Constitution. The Court declines to rule on plaintiff's application for leave
3  to proceed *in forma pauperis*, or to determine whether these defendants may be held
4  liable under 42 U.S.C. § 1983 because venue is improper in this district.

5  Pursuant to the venue provisions of 28 U.S.C. § 1391(b), a civil action wherein
6  jurisdiction is not founded solely on diversity of citizenship may be brought where any
7  defendant resides, but only if all defendants reside in the same state. The defendants
8  named in plaintiff's complaint reside in at least two different states, with the majority of
9  them located in Alaska. Venue in this matter is therefore controlled by § 1391(b)(2),
10 which lays venue in the judicial district "in which a substantial part of the events or
11 omissions giving rise to the claim occurred . . ." The majority of the events alleged by
12 plaintiff appear to have occurred in Alaska. Thus, venue is proper in that district, rather
13 than here.

14 When an action is filed laying venue in an improper district, the court shall
15 dismiss, or if it is in the interests of justice, may transfer the action to any district in
16 which it could have been brought. 28 U.S.C. § 1406(a). As plaintiff is incarcerated in
17 Alaska and the cause of action arises from claims of alleged wrongdoing in Alaska, the
18 Court finds it is in the interest of justice to transfer, rather than dismiss this action.
19 Accordingly, pursuant to 28 U.S.C. § 1406(a), this case is hereby TRANSFERRED to
20 the United States District Court for the District of Alaska.

21 The Clerk is directed to send a copy of this Order to plaintiff and to forward the
22 file, together with a certified copy of this Order to the Clerk of the Court, United States
23 //
24 //
25 //
26 ORDER OF TRANSFER - 2

District Court for the District of Alaska. All future documents in this case must be submitted to the United States District Court for the District of Alaska.

DATED this 14th day of April, 2006.

*[signature]*
JAMES L. ROBART
United States District Judge

Recommended for entry
this 14th day of April, 2006.

/s/Monica J. Benton
MONICA J. BENTON
United States Magistrate Judge

ORDER OF TRANSFER - 3

**Other Orders/Judgments**
2:05-cv-02061-JLR-MJB Stansberry v. Alaska Court System et al

U.S. District Court

WESTERN DISTRICT OF WASHINGTON

Notice of Electronic Filing

The following transaction was received from ELS, entered on 4/17/2006 at 10:17 AM PDT and filed on 4/14/2006
**Case Name:** Stansberry v. Alaska Court System et al
**Case Number:** 2:05-cv-2061
**Filer:**
**WARNING: CASE CLOSED on 04/14/2006**
**Document Number:** 14

**Docket Text:**
ORDER OF TRANSFER; pursuant to 28 U.S.C. 1406(a), this case is hereby TRANSFERRED to the United States District Court for the District of Alaska. The Clerk is directed to send a copy of this Order to plaintiff and to forward the file, together with a certified copy of this Order to the Clerk of the Court, United States District Court for the District of Alaska. All future documents in this case must be submitted to the United States District Court for the District of Alaska; by Judge James L. Robart. (ELS, )

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1035929271 [Date=4/17/2006] [FileNumber=1611546-0
] [a5cc56d2aa93e100d7f5a3aa79f86f14125ff1d744ebc3d65ae5c882497dbb871f8
d4f246be0993e9a6250deadb01c90e394fe027c1e76a2794c82aabf4c0401]]

**2:05-cv-2061 Notice will be electronically mailed to:**

**2:05-cv-2061 Notice will be delivered by other means to:**

Lee Roy Stansberry
276000
ANCHORAGE JAIL
1400 EAST 4TH AVENUE
ANCHORAGE, AK 99501