RECEIVED
CLOSED, NOSVC
APR 2 0 ....
CLERK, U.S. ...........
ANCHORAGE ......

3:06-cv-00090RRB

**U.S. District Court**
**WESTERN DISTRICT OF WASHINGTON (Seattle)**
**CIVIL DOCKET FOR CASE #: 2:05-cv-02061-JLR**
**Internal Use Only**

Stansberry v. Alaska Court System et al
Assigned to: James L. Robart
Referred to: Hon. Monica J. Benton
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 12/12/2005
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Lee Roy Stansberry**
*also known as*
Lee Roy J Stansberry

represented by **Lee Roy Stansberry**
276000
ANCHORAGE JAIL
1400 EAST 4TH AVENUE
ANCHORAGE, AK 99501
PRO SE

V.

**Defendant**

**Alaska Court System**

**Defendant**

**Alaska Permanent Fund Division**

**Defendant**

**Department of DMV**

**Defendant**

**A.P.I.**

CERTIFIED TRUE COPY
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington
By _____
                Deputy Clerk

**Defendant**

**Frank M Murkowski**

**Defendant**

**Judge Larry D Card**

**Defendant**

**David W Marquez**

**Defendant**

**Attorney General's Office**
*State of Alaska*

**Defendant**

**Dr J David Sperbeck**

**Defendant**

**Judge Beverly Cutler**

**Defendant**

**Betty Davis**
*Alaska Permanent Fund Division*

**Defendant**

**American Fast Freight Transports**

**Defendant**

**Mr Jones**
*In Washington*

**Defendant**

**Mike Jones**
*District Manager*

**Defendant**

**Sharon Barton**
*Alaska Permanent Fund Division*

**Defendant**

**Azdler**
*Federal Public Defender*

**Defendant**

**Rachel Levitt**
*Federal Public Defender*

**Defendant**

**Josh Fink**
*Federal Public Defender*

**Defendant**

**Mary C Geddes**
*Federal Public Defender*

**Defendant**

**Elizabeth Doe**
*Manager, Alaska Permanent Fund Division*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/14/2005 | 1 | APPLICATION to proceed In Forma Pauperis by Plaintiff Leroy Jeffery Stansberry. (Attachments: # 1 PROPOSED 1983 Civil Rights Complaint# 2 Civil Cover Sheet)(ELS, ) (Entered: 12/14/2005) |
| 12/14/2005 | 2 | NON-PUBLIC SEARCH MEMO re prior court activity. (ELS, ) (Entered: 12/14/2005) |
| 12/14/2005 | 3 | LETTER to Plaintiff re: IFP deficiency; has until 1/13/2006 to correct. (ELS, ) (Entered: 12/14/2005) |
| 12/27/2005 | 4 | Letter from Federal Public Defender's office re correct mailing address for Lee Roy Jeffrey Stansberry. (LT, ) (Entered: 12/28/2005) |
| 12/28/2005 | | NON-PUBLIC ***Staff notes: Docket updated to reflect correct mailing address of plaintiff Stansberry. (LT, ) (Entered: 12/28/2005) |
| 01/09/2006 | 5 | PROPOSED Notice of Correction. Original exhibits, including original Appellant's Brief (case number 05-36183) forwarded to Ninth Circuit COA. (ELS, ) (Entered: 01/10/2006) |
| 01/09/2006 | 6 | Mail Returned as Undeliverable re 3 IFP Deficiency Letter addressed to Leroy Jeffery Stansberry. It appears that Plaintiff rejected mail because his first name was spelled Leroy rather than Lee Roy. Plaintiff's name changed in system to Lee Roy Stansberry; Leroy Jeffery Stansberry added as a/k/a. (ELS, ) (Entered: 01/11/2006) |
| 01/11/2006 | | ***IFP deficiency Deadline terminated. (ELS, ) (Entered: 01/11/2006) |
| 01/11/2006 | 7 | SECOND LETTER to Plaintiff re: IFP deficiency; has until 2/10/2006 to correct. (ELS, ) (Entered: 01/11/2006) |

| | | |
|---|---|---|
| 01/12/2006 | 8 | PROPOSED Affidavit of Plaintiff's Notice for Correcting. (ELS, ) (Entered: 01/12/2006) |
| 01/13/2006 | 9 | PROPOSED Affidavit of Plaintiff's Notice for Correcting. (ELS, ) (Entered: 01/13/2006) |
| 01/17/2006 | 10 | Mail Returned as Undeliverable re 3 IFP Deficiency Letter addressed to Leroy Jeffery Stansberry. This was the first letter sent--before address was corrected and before plaintiff's name was corrected. (ELS, ) (Entered: 01/20/2006) |
| 01/23/2006 | 11 | IFP deficiency corrected in part. It appears that Plaintiff has recently requested (on 1/17/2006), but not yet received, a copy of his prison trust acct stmt from Anchorage Jail; has until 2/10/2006 to correct (Attachments: # 1 PROPOSED Affidavit of Freddie M. Clark submitted by Plaintiff) (ELS, ) Modified on 1/27/2006 to add clarifying text(ELS, ). (Entered: 01/24/2006) |
| 02/13/2006 | 12 | IFP deficiency corrected; prison trust acct stmt submitted. (Attachments: # 1 PROPOSED Motion to Other Plaintiff's for Evidence and Proof and Brief to Plaintiffs; Motion for Reward for Information under 31 U.S. C. 5323; Motion in Insurance Claims; Motion for Punitive Damage under 18 U.S.C. 2520; Motion for Civil Penalties under 31 U.S.C. 5321)(ELS, ) (Entered: 02/13/2006) |
| 03/13/2006 | 13 | PROPOSED Motion to Overrule Alaska Court System and any Evaluations Ordered by the Alaska Court System Judges and Paid Attorneys; Motion to Overrule Change of Venue; Motion for Documents Evidence under 28 U.S.C. filed by Plaintiff Lee Roy J. Stansberry. (ELS, ) (Entered: 03/15/2006) |
| 04/14/2006 | 14 | ORDER OF TRANSFER; pursuant to 28 U.S.C. 1406(a), this case is hereby TRANSFERRED to the United States District Court for the District of Alaska. The Clerk is directed to send a copy of this Order to plaintiff and to forward the file, together with a certified copy of this Order to the Clerk of the Court, United States District Court for the District of Alaska. All future documents in this case must be submitted to the United States District Court for the District of Alaska; by Judge James L. Robart. (ELS, ) (Entered: 04/17/2006) |