**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

LEE ROY STANSBERRY   v.   ALASKA COURT SYSTEM, et al

THE HONORABLE Ralph R. Beistline

DEPUTY CLERK                                    CASE NO.  3:06-cv-00090 - RRB

Shari Fuhrer

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: April 24, 2006

**NOTICE OF TRANSFER AND ORDER**

   The above case was transferred from the Western District of Washington (Seattle), case number 2:05-cv-02061, to the District of Alaska, and has been assigned case number 3:06-cv-00090 - RRB.
   Please use case number 3:06-cv-00090 -RRB on all future pleadings.
   Counsel for plaintiff shall confer with counsel for defendant, and counsel for plaintiff shall, on or before 15 days from the date of this order, serve and file with the court a joint report as to the status of this case, touching on each of the following:

   1.   Service problems and/or need to add parties.

   2.   Any known bankruptcy proceedings necessitating a stay of this action.

   3.   Settlements, partial or complete, among some or all parties.

   4.   Motions which are currently pending before this court, noting the filing dates and document numbers (docket sheet attached).

   5.   Status of discovery, including an estimate of the amount of time which completion of discovery will require.

   6.   Readiness of the case for a scheduling or status conference or other pre-trial proceedings; also, anticipated date of readiness for trial.

   7.   Any other matter awaiting action by the court.

[]{TRANSFER.WPD*Rev.1/97}