**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

LEE ROY STANSBERRY,
    Plaintiff,

Case Number 3:06-cv-00090-RRB

v.

ALASKA COURT SYSTEM, et al.,
    Defendant.

**JUDGMENT IN A CIVIL CASE**

\_\_\_  **JURY VERDICT**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_  **DECISION BY COURT**.  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

THAT this action is DISMISSED with prejudice, and this constitutes a "strike" under 28 U.S.C. § 1915(g).

APPROVED:

_____
/s/RALPH R. BEISTLINE
United States District Judge

_____
Date: April 26, 2006

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

   /s/_____
   Ida Romack, Clerk of Court

[stansberry judgment.wpd]{JMT2.WPT*Rev.3/03}