Have Copyrights Owner to Claims.
LEE.R.J.STANSBERRYS, etc al,
By 17USC§101,§202(a)
I am, Attorney-in-facts, PRO-SE
Home Office 18130. Barano FR
Eagle River AK 99577.- Insurac.
by: A Poilcy No. 017275792
AllState Ins Co, etc al
Agency - 907-694-6000. Mr Clarke, etc

UPDATE OF SECOND NOTIFICATION
File on April 11. 2008
US District Court
Filed under 28USCA§2250
Taxs-Recoueys
$25. millions

# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA
## AT ANCHORAGE
## OFFICE OF THE COURT

**RECEIVED**
APR 15 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

LEE ROY J STANSBERRYS, etc
al File ander 28 USCA§2250.
   Re Plaintiffs / RePetitiloners,
VS,
Before: Offices of the Courts,
etc al, vs. vs
ALASKA COURT SYSTEM, etc al
Chief Judge, John W. Sedwicks,
etc al, and Ralph R. Beigtlines,
etc al, under- Blackmail the
Case No CV-06-00090-RRB. False
Dutys. And! Bruee Clarke, etc al,
by: Negligence Claims - (Former
JAG) James L. Robarts, etc al
by Blackmail Ciuil Rights Claims
Case No CV-05-02061-JLR-MJB.
New-Defendants

CASE NO CV-05-02061-JLR-M
JB.           VS,
CASE NO. CV-06-00090-RRB
1st. FILED-BY 28USCA§2250. 1ly
NOTIFICATION TO ENTRY
THE LEGAL CERTIFICAT
E, TO REMOVAL CIVIL
ACTION CLAIM, BACK TO
ORIGINAL- JURISETICTIO
N, CONTROLLED BV=
28USCA§1361. AND RULES. 21
2". NOTIFICATION CAUSE
OF ACTION - LACKS DUTY
S, AND BLACKMAIL IN
CASES, AND FALSE-
MALPRACTICE OF THE
LAWS, ENTRY FOR CIV
IL DAMAGES $10.000⁰⁰
A-DAY. FROM DEFENDANT
S                IS ORDER

CASE NO. CV-06 00090-RRB, VS,
## ORDER IS MANDAMUS

I am, Lee Roy J. Stansberrys, etc al, we are Reque
sts the Offices, of Courts, etc al, to Movine Case
Back to Original- Titled. under Federal Rule 45.
See Page 2 also "NOTICE IS MOVANT"
             by April, 17. 2008   Lee Roy J Stnbry.
ORDER IS MOVANT                    Proof of Service-

Note: Page 2#

## AFFIDAVIT
## — ENTRY —

We are Requests Offices of Courts etc al is Your Dutys to Follow the Laws of United States of American Constitutional Rights of Mr Lee Roy J. Stansberys. under 28 U.S.C.A § 1361. and by Rule 45. Notification to Entry Civil Damages, Plus Damages Costs by Laws. $10.000.00 A-DAY.-IS Entry on All-Defendants, "NOTICE IS MOVANT"

Honor to Movine Civil-Case to Original Conference, of Seattle, WA, 98101 at 206-370-8400 The Original Civil Claims. was Filed.On. Dec, 12, 2005.-BY- April, 17, 2008. Seattle, Time 9:00 am  Taxs-Recoveys.- $25. Million.

### NOTIFICATION

US DISTRICT COURT OF ) Offices of Counsels, etc al
ALASKA OFFICES, etc al ) S.S.
CV-05-0206l-JLR m13. ) Effective Date April 11. 2008
Titled No. About J.

Offices, etc al
Telephone #
907-271-5269
Please Return Copys in 5 Days.

Lee Roy J Stansbury. et al,
LEE ROY J STANSBEDRYS, etc
File Second Notice on 4-11-2008
Pay under 28 USCA § 2250. Filly, Fees

I am, Entry Notification to movine. Back to Original Jurisdiction under 28 USCA 1361. By April, 17. 2008 And Entry Civil Damages Claims For Damages of Case. $10,000.00 A-Day.
✓ Attorney of Records PRO-SE
✓ to U.S Offices, etc al 907-271-5269,

ORDER IS MOVANT   2

[Left margin:] US Offices of Counsels, etc al Please Send mail To 1400 East 4th Ave. Anch, AK 99501

[Left margin:] Note: Entry Notification to Movine Original Titled of Conference of Seattle Courthouse Under 28 USCA 5 1361.

4/11/08

LEE.R.J STANSBARRY etcal     LEGAL-MAIL
I am, PRO-SE, Att-in-Facts    US postage office
Anchorage Jail Fedgrad No #1956.  April 11, 2008
1400 East 4th Avenue    2 Ks. Co.
Anchorage, Alaska 99501    Tax. C.O.D.
                           Notification Day
                           Back-to-original jurisdiction change
                           Case No. CV-05-0206l-JLR-MDB.

Note: Taxs recover us
Notification Ente For   Att: The Dutys of Offices of Courts, etcal,
Copyrights Owner, Under  UNITED STATES DISTRICT COURTHOUSE
17 USCAS 101, 5102(a).   FEDERAL BUILDING-FOR-OFFICES, etcal,
Note: New Defendants in-  222 W. 17th Avenue
Liability-Damages, and Civil-  Anchorage, Alaska 99513
Damages the Amount $25 Million.
Filed under 28 USCAS 2250.
Lawsuit on Ralph R. Beistline, etcal,
907-271-5268.