UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

LEE ROY JEFFREY STANSBERRY  v.  ALASKA COURT SYSTEM, et al.

THE HONORABLE RALPH R. BEISTLINE

DEPUTY CLERK                                               CASE NO.  3:06-cv-00090-RRB

 Carolyn Bollman

PROCEEDINGS: **Minute Order From Chambers**          DATE: April 16, 2008

     On Lee Roy Stansberry, a self-represented prisoner, filed a civil rights action under 28 U.S.C. § 1915, in the United States Court for the Western District of Washington, which was transferred to this Court.[1]  Mr. Stansberry named sixteen defendants, including the Alaska Court System and other state agencies, the governor, state judges, the state's attorney general, and federal public defenders. Because the action was frivolous, it was dismissed on April 26, 2006.[2]

     Mr. Stansberry has now sent the Court another unintelligible document.[3]  The time to reopen this case or to appeal has run, and this case is closed.[4]  The Court will accept no further filings from Mr. Stansberry, but will promptly dispose of any further material Mr. Stansberry sends to the Court in this matter.

     IT IS SO ORDERED.

---

[1] *See* Docket No. 15.

[2] *See* Docket Nos. 18, 19.

[3] *See* Docket No. 21.

[4] *See* Fed. R. Civ. P. 60(b) (relief from final judgment or order may be granted for "(1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence which by due diligence could not have been discovered in time to move for a new trial under Rule 59(b); (3) fraud . . ., misrepresentation, or other misconduct of an adverse party; (4) the judgment is void; (5) the judgment has been satisfied, released, or discharged, or . . . reversed or otherwise vacated . . . ; or (6) any other reason justifying relief from the operation of judgment").  No basis for reopening exists under this Rule).  *See also* Fed. R. App. P. 4.

[~2906276.wpd]{IA.WPD*Rev.12/96}